UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS CALCANO ET AL.,

                Plaintiffs,          22-cv-2677 (JGK)

    - against -                        ORDER

KWIK TEK, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendant on April 12, 2022. ECF No. 6. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was May 3, 2022.

    The time to respond to the complaint is extended to **May 26, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

    The conference scheduled for June 16, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           May 11, 2022

                                          John G. Koeltl
                                   United States District Judge